UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Oakley, Inc.

Plaintiff,

v.

Case No.: 1:20−cv−02970

Honorable Manish S. Shah

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 26, 2020:

    MINUTE entry before the Honorable Manish S. Shah: No defendant has appeared to object to plaintiff's motion for entry of default judgment. The motion is granted. Although the information about defendants' profits and revenues is sparse and there is the possibility that the restrained funds were generated by non−infringing sales, the court concludes that plaintiff's efforts provide the best available measure of profits. Defendants' failure to appear and the evidence submitted in support of the TRO demonstrate that a permanent injunction is appropriate. Enter Default Judgment Order and terminate civil case. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.